UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBOARD INSURANCE SPECIALTY COMPANY, et al.,<br><br>Defendants. | Case No. 18-cv-04410-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO MAGISTRATE JUDGE THOMAS S. HIXSON FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | March 16, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval or good cause by motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | February 14, 2020 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 31, 2020 |
| EXPERT DISCOVERY CUTOFF: | February 14, 2020 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 13, 2020 |
| PRETRIAL CONFERENCE: | Wednesday, March 25, 2020 at 2:00 p.m. |
| TRIAL DATE AND LENGTH: | Monday, April 13, 2020 at 8:30 a.m. for 1-2 day<br>(Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 18, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge